# DECLARATION OF ATLEE CAMPER

1. I, Atlee Camper, retired from 36th District Court and the State of Michigan as a court supervisor, give this affidavit under penalty of perjury in support of my daughter's lawsuit against the N.S.A. In 1991, we relocated to Pinola Mississippi.

2. My daughter has been unable to secure employment of any nature after a recommendation by her graduate school professor, Dr. Daniel Shoemaker to the N.S.A. and Homeland Security. She also applied by the computer to the CIA for a computer position, not covert operators.

3. We have been treated like terrorists in America. Our mobile phones are tapped regularly and computers infiltrated. We have had to replace and repair cars, computers, phones, printers, karaoke machines, stereos, televisions, toys, instruments, DVDs and players, ovens, kitchen appliances, locks, checks, safety deposit box keys, money and travel, expenses, passports, contact lenses, windshields, bicycles and car tires, and even a steering column.

4. Both of our homes are constantly invaded by who we believe are N.S.A. and CIA contractors, with items taken (see attached police reports). The doors have been kicked in and repaired. After surgery, it was uncomfortable but I had to travel to Marietta, GA to secure my vehicle and attain legal representation for Leah Camper. She was falsely charged for robbery and assault and detained at Marietta, GA Women's Detention Center because of NSA involvement.

06/06/2018  16:04    6015298204                FEDEX OFFICE 4546              PAGE  03/05
Case 1:18-cv-01794-PWG   Document 1-10   Filed 06/18/18   Page 2 of 4

Exhibit H.2

5. She called 911 to report assault by a gas station attendant after being short changed. The phone, internet, and police records are available. She remained in jail for over two months and had to provide drug tests and travel to Georgia regularly for years while unemployed.

6. Legal travel fees and a $22,000 bond was paid. The case was eventually dismissed because the gas station attendant lied and was an illegal immigrant unable to attend court. The Judge found that he had been lying about Leah Camper.

7. It was explained to her that jail was a test to find out what her response would be to jail if sent overseas on an assignment for the government. While at the bank an employee in place of a manager was told to fondle her breast; I kid you not. Her bank computer and phone passwords had been changed constantly. Leah and family members have been followed around the country by government contractors and NSA and CIA personnel with travel arrangements changed.

8. On September 30, 2016, my neighbor called to state the the FBI was looking for my daughter. On October 4th, 2016, two men appeared at my Gulfport, MS home. According to FBI agent Alan Currie of Jackson, MS bureau, these men were not FBI agents because that agency has specific policies and procedures concerning the production of proper identification. Later on Wednesday, November 23, 2016, I arrived

06/06/2018 16:04    6015298204                FEDEX OFFICE 4546                      PAGE 04/05
Case 1:18-cv-01794-PWG   Document 1-10   Filed 06/18/18   Page 3 of 4

Exhibit H.3

on my Pinola, MS home. The backdoor was kicked in and my granddaughter's Halloween toys and Ukulele as well as checks were missing.

9. I am trying to sell my home in Gulfport, MS. The for sale sign and home literature have been damaged along with outdoor light bulbs and globes. The front door glass was shattered and I had to pay $650 dollars to have my car repaired after the NSA contractor and CIA damaged the steering column on the car. The car has been hit and the tires slashed. Bicycle tires were damaged while stored in the garage.

10. At our relatives' Foundation, lawyers instructed us to find legal representation. She stated that we needed to contact lots of lawyers if necessary. Other relatives asked ignorant questions about sex, sexual orientation and preferences. Our relatives have been threatened and instructed to steal house keys and wallets while we're on vacation and at family celebrations.

11. My daughter was followed and harassed by local police in Michigan and Mississippi. Therefore, I had to pay numerous tickets and legal fees since my daughter hasn't worked and was blacklisted by the United States government. I paid for trips to Georgia, New York, and Maryland to try to resolve these issues using my pension, savings and fixed income to support my daughter. I have lived through hell on Earth during this process lasting over fourteen years.

06/06/2018  16:04    6015298204                FEDEX OFFICE 4546                    PAGE  05/05
Case 1:18-cv-01794-PWG   Document 1-10   Filed 06/18/18   Page 4 of 4

Exhibit H.4

12. We are followed every where we go, e.g. the doctors, the grocery store, malls, and we were even monitored cross country while my husband and son were fighting cancer and dying. These NSA contractors that work for the NSA/CIA have no boundaries or decorum, or sense of responsibility. I read the affidavit of Karen Stewart and I believe my daughter and I are being subjected to the identical treatment.

SIGN HERE  X *Atlee Camper*
           Atlee Camper

DATE       X 6/4/2018