# Simpson County Sheriff's Office

1496 Simpson Highway 149, Mendenhall, MS 39114

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 09/17/2017 1653 | | | 2017-0510 | OPEN |

| Occurred on | | to | | | |
|---|---|---|---|---|---|

**Incident Location**

| Street Address | | | City | State | Zip Code |
|---|---|---|---|---|---|
| 141 HEED NEELY RD | | | PINOLA | MS | |
| Sector | Precinct | Geo | Ward | Latitude | Primary Location |
| Neighborhood | | Jurisdiction | | Longitude | Secondary Location |

**Dispatch Information**

| Received Date / Time | Call Received Via | Dispatched Date / Time | Call Dispatched As | | |
|---|---|---|---|---|---|
| 09/17/2017 1653 | | | LOST/STOLEN PROPERTY | | |
| Arrived Date / Time | Departed Date / Time | Offense Category | TTY Ref.# | | TeleType Operator |
| 09/17/2017 1713 | 09/17/2017 1754 | | | | |

**Officers**

| ID | Name | Role | Primary | Arrived Scene | Departed Scene |
|---|---|---|---|---|---|
| SO11 | Deputy James Moorehead | REPORTING | ✓ | | |

**Offenses**

| Charge | | | | State Statute | State Charge Code | Category |
|---|---|---|---|---|---|---|
| Cause Number | Local Code | Jurisdiction | | Type/Class | | |
| | | SIMPSON COUNTY SO | | | | |
| | | SIMPSON COUNTY SO | | | | |
| PETIT LARCENY-LESS THAN $1000.00 | | | | 97-17-43 | | MISD |
| | | SIMPSON COUNTY SO | | MISDEMEA | | |

**Property**

| Quantity | Description | Make | Model | S/N | Ref. No. | Prop Status | Recovered ID/Date | Disposition | Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EVIDENCE | | | |
| 1.00 | RUGER LC9 9MM | RUGER | LC9 | 45283521 | | STOLEN | | | |

| Number of Line Items | 1 | | Total Value | 0.00 |
|---|---|---|---|---|
| Number of Recov. Items | 0 | | Total Recov. Value | 0.00 |

**Other Person**

| Name (Last, First Middle Suffix) | Other Type | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|---|
| CAMPER, LEAH YVETTE | | BLACK | F | 07/18/1961 | 56 | N | 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 | |

| Reporting Officer | SO11 | Deputy James Moorehead | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |

| Page | 1 | of | 2 | Printed | 09/28/2017 1200 |
|---|---|---|---|---|---|

© 1994 - 2016. Information Technologies, Inc. http://www.itiusa.com