Glen Gerstell, Esq.
National Security Agency
9800 Savage Rd., Suite 6272
Ft. George G. Meade, MD 20755-6000
(301)-688-6311

January 12, 2018

Dear Attorney Gerstell,

It has come to our attention that the National Security Agency could possibly be involved in the illegal surveillance and harassment of our potential client, Ms. Leah Camper. She came to see us last September, and told us a lot of disturbing things. She claims that the NSA has allegedly engaged in this harassment since 2003.

Ms. Camper claims her privacy has continued to be invaded, and that she is under near-constant surveillance by the NSA. Allegedly NSA has staked out Ms. Camper's residence, followed her, trespassed onto her property, broke down her back door and entered her home, and contacted family members. Ms. Camper feels constantly threatened and afraid for her life. Other examples consist of an incident occurring in 2004 when Ms. Camper was confronted and temporarily blocked by a man who refused to identify himself. Ms. Camper immediately went to her vehicle after the man moved only to discover it had been searched and the door had been left open. Ms. Camper claims this trespass was conducted by NSA agents. In addition, Ms. Camper's property has been destroyed. She can no longer use her computer, television, or tablet do to NSA's interference. Her security passwords to her computer, bank account, and phones have all been changed without her knowledge or consent.

Ms. Camper claims the NSA agents involved in this conduct do not have a valid basis for surveillance or to believe that she is a security risk. Ms. Camper would like to pursue a lawsuit to recover damages based on the psychological and emotional trauma she has suffered, and for the lost wages from securing proper employment because of NSA interference.

Concerning the aforementioned harassment and possible lawsuit, we would like verification from the NSA of any record of Ms. Camper or surveillance of her on file. If you are not engaging in any such activity, we would also welcome that written verification as well as it may help to convince our client to back away from a lawsuit. We are trying to head off a lawsuit that will needlessly consume lots of attorney fees.

Respectfully,


Martin F. McMahon
Martin F. McMahon & Associates