**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**SOUTHERN DIVISION**

| | |
|---|---|
| LEAH CAMPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | Civil No. 1:18-cv-01794-PWG <br><br> Judge Paul W. Grimm |

**PLAINTIFFS' MOTION FOR LIMITED RECONSIDERATION**

Comes now the Plaintiffs and hereby request based upon Fed. R/ Civ. P. 60(b) the Court to clarify one issue in order that the record is fully developed. That issue is whether a plaintiff can sue independent contractors *vis a vis* Federal government "employees" as a result of filing a civil action in Federal District Court which involves the conduct of a government agency. In other words, does the Federal Tort Claims Act (FTCA) automatically bar such conduct.

Plaintiffs have alleged in their complaint that, in addition to government "employees," there were independent contractors involved in the activities directed against Plaintiff and her mother –see Complaint page 3. It is unclear based upon this Court's holding that claims against these unidentified independent contractors can be summarily dismissed like the claims against NSA "employees."

Plaintiffs are requesting a ruling on this matter because the record would be incomplete without such a ruling. In other words, is the Court holding that claims against independent government contractors which are found by the court to involve "fantastic or delusional scenarios" (See *McBrien*

*v. FBI*, Opinion page 13) must also be filed under the FTCA or can they de dismissed because of the incredible nature of the allegations?

The final concern which Plaintiffs respectfully bring to the Courts attention is that, unlike the *McBrien* scenario there are two individuals here who have alleged being subjected to the conduct recited in the complaint, i.e. both the mother and daughter have experienced similar issues of harassment and surveillance. Second, unless the Plaintiffs are mistaken, this Court did not take into consideration any of the factual contentions made by Karen Melton Stewart in her affidavit (See Ex. A) that was attached to the complaint filed herein. It is her contention, having spent 28 years as an NSA employee, that the Agency and independent contractors that it hires routinely engage in widespread illegal surveillance of American citizens.

Finally, Plaintiffs' counsel is mindful of the fact that this Court has a busy docket to monitor, but Plainitffs believe, in good faith that further, limited, development of the record may be necessary.

A memorandum of points and authorities and a proposed order are attached.

Respectfully submitted,

*/s/ Martin F. McMahon*

Martin F. McMahon

Martin F. McMahon & Associates PLLC
1717 K Street NW – Suite 900
Washington, DC 20006
202-862-4343

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| LEAH CAMPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | Civil No. 1:18-cv-01794-PWG <br> Judge Paul W. Grimm |

# **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED RECONSIDERATION**

Plaintiff offers the following in support of their Motion For Limited reconsideration

1. August 15, 2019 Order of this court dismissing Plaintiffs' case.

2. Plaintiff's complaint filed June 18, 2018.

3. Fed. R. Civ. P. 60(b).

4. The record herein including the authority by this cited by this Court, *McBrien v. Federal Bureau of Investigation,* 2009 WL 260043.

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2019 I filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

*/s/ Martin F. McMahon*

Martin F. McMahon, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| LEAH CAMPER, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>      Defendants. | Civil No. 1:18-cv-01794-PWG<br>Judge Paul W. Grimm |

**PROPOSED ORDER**

The Plaintiffs request for good cause shown that the Court grant their Motion for Limited Reconsideration.

It is hereby

ORDERED that the Plaintiffs' Motion for Limited Reconsideration be granted based upon the terms specified herein.

_____                 _____

U.S. District Judge Paul W. Grimm                 Date

ECF copy to all parties.