# MARTIN F. MCMAHON & ASSOCIATES

1717 K STREET, N.W.
SUITE 900
WASHINGTON, D.C. 20006

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

| | | |
|---|---|---|
| **MARTIN F. MCMAHON** | Established 1978 | **RICHARD W. SANDZA** |
| Managing Partner | | Of Counsel |
| Admitted in District of Columbia, New York and | | Admitted in District of Columbia |
| U.S. District Court of Maryland | | |

TELEPHONE (202) 862-4343
FACSIMILE (202) 776-0136

September 30, 2019

**VIA CM/ECF ONLY**
The Honorable Paul W. Grimm
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

RE: Plaintiffs' Motion for Limited Reconsideration

*Leah Camper, et al. v. National Security Agency, et al.,*
Case No. 1:18-cv-01794-PWG

Dear Judge Grimm:

In order to comply with the Court's November 18, 2018 Letter Order Regarding Filing of Motions,

Plaintiff hereby submits its request for limited reconsideration of the Order of Dismissal filed August

15, 2019.

Plaintiffs hereby ask the court's indulgence for the Plaintiff's counsel's failure to comply with the

Court's Letter order. Accordingly, Plaintiff ask the Court to strike the pending motion (ECF 28) and

replace it with this letter.

Plaintiffs request the Court to clarify one issue in order that the record is fully developed. That issue is

whether a plaintiff can sue independent contractors *vis a vis* Federal government "employee" as a result

of filing a civil action in Federal District Court which involves the conduct of a government agency. In

other words, does the Federal Tort Claims Act (FTCA) automatically bar such conduct.

Plaintiffs have alleged in their complaint that, in addition to government "employees," there were independent contractors involved in the activities directed against Plaintiff and her mother –see Complaint page 3.  It is unclear based upon this Court's holding that claims against these unidentified independent contractors can be summarily dismissed like the claims against NSA "employees."

Plaintiffs are requesting a ruling on this matter because the record would be incomplete without such a ruling. In other words, is the Court holding that claims against independent government contractors which are found by the court to involve "fantastic or delusional scenarios" (See *McBrien v. FBI*, Opinion page 13) must also be filed under the FTCA or can they be dismissed because of the incredible nature of the allegations?

The final concern which Plaintiffs respectfully bring to the Courts attention is that, unlike the *McBrien* scenario there are two individuals here who have alleged being subjected to the conduct recited in the complaint, i.e. both the mother and daughter have experienced  similar issues of harassment and surveillance. Second, unless the Plaintiffs are mistaken, this Court did not take into consideration any of the factual contentions made by Karen Melton Stewart in her affidavit (See Ex. A) that was attached to the complaint filed herein. It is her contention, having spent 28 years as an NSA employee, that the Agency and independent contractors that it hires routinely engage in widespread illegal surveillance of American citizens.

Finally, Plaintiffs' counsel is mindful of the fact that this Court has a busy docket to monitor, but Plaintiffs believe, in good faith that further, limited, development of the record may be necessary.

Respectfully submitted,

*/s/  Martin F. McMahon*

Martin F. McMahon

Martin F. McMahon & Associates PLLC
1717 K Street NW – Suite 900
Washington, DC 20006
202-862-4343